

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
### CASE NO.

LORI BILLGER,

      Plaintiff,

6:15CV1293-orl-37DAB

v.

ASHFORD UNIVERSITY, LLC,

      Defendant.

_____/

## COMPLAINT FOR STATUTORY DAMAGES AND INJUNCTIVE RELIEF AND JURY DEMAND

1.      Plaintiff alleges violations of 47 U.S.C § 227 *et seq.*, the Telephone Consumer Protection Act ("TCPA"), against ASHFORD UNIVERSITY, LLC ("Ashford"), placed calls using an automatic telephone dialing system to the Plaintiff's cellular telephone.

2.      Despite these requirements, Defendant, or some person authorized to do so on its behalf, has routinely and systematically placed calls to Plaintiff's cellular telephone, without prior express consent and through the use of an automatic telephone dialing system.

3.      The TCPA provides a private cause of action for violation of its provisions and violations of the rules promulgated under the Act.  Defendant is therefore liable to Plaintiff under the TCPA.  Plaintiff seeks an injunction, requiring Defendant to cease all calls to cellular telephones placed through the use of an automatic telephone dialing system and without the prior express consent of the consumer, an award of statutory damages to Plaintiff, together with costs and reasonable attorneys' fees.

### JURISDICTION AND VENUE

4.      This Court has jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. § 1331 as

this is a civil action arising under the Constitution, laws, or treaties of the United States. *See Mims v. Arrow Financial Services, LLC*, 132 S. Ct. 740 (2012). Venue in this District is proper because Plaintiff resides here and Defendant conducts business in this District.

### PARTIES

5.      Plaintiff, Lori Billger ("Plaintiff" or "Billger"), is a natural person, and citizen of the State of Florida, residing in Orange County, Florida.

6.      Defendant Ashford University, LLC is an online university and is a "person" as the term is defined by 47 U.S.C. Sec. 153(39).

### FACTS

7.      In or about June 2015, Plaintiff began receiving unsolicited telephone calls on her cellular telephone from number 800-798-0584.

8.      Defendant's calls to Plaintiff were made using an automatic telephone dialing system or an artificial or pre-recorded voice.

9.      Plaintiff never provided her telephone number to Ashford and never provided her consent to be called by Ashford.

10.      When Plaintiff answers calls from Ashford, she is met with silence followed by a clicking noise before being connected to a live agent.

11.      During a call with Ashford, Plaintiff instructed Ashford to stop calling her because she was not interested in its services.

12.      Plaintiff continued to receive calls from Defendant after she had notified Defendant that she did not consent to receive telephone calls to her cellular telephone.

13.      Defendant made the aforementioned telephone calls knowing that they were using an automatic telephone dialing system or an artificial or prerecorded voice to call a cellular

telephone, and further knew that such calls violated the TCPA, and consequently, these violations were willful and knowing.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT

14.   Plaintiff incorporates all previous Paragraphs.

15.   Defendant violated 47 U.S.C. § 227(b)(1)(A)(iii) of the Telephone Consumer Protection Act by making telephone calls to Plaintiff's cellular telephone, which were initiated by an automatic telephone dialing system or made using an artificial or prerecorded voice, and not legally permissible under any provision to the aforementioned statute.

WHEREFORE, Plaintiff requests that the Court enter judgment in her favor and against Defendant Ashford University, LLC, for:

(a)   Statutory damages at $500 dollars per call;

(b)   Willful damages at $1,500 dollars per call;

(c)   An injunction requiring Defendant to cease all communications in violation of the TCPA; and

(d)   Such further relief as this Court may deem appropriate.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated: July 31, 2015           Respectfully submitted,

/s/ Seth M. Lehrman
Seth M. Lehrman (Fla. Bar No. 132896)
Email: seth@pathtojustice.com
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822

Attorney for Plaintiff