UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LORI BILLGER,

    Plaintiff,

    v.                                                               CASE NO.: 6:15-cv-1293-Orl-37DAB

ASHFORD UNIVERSITY, LLC,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that Plaintiff Lori Billger, dismisses with prejudice her Lawsuit against Ashford University, LLC. The parties further stipulate that each shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

DATED this 22nd day of January, 2015.

| | |
|---|---|
| **FARMER JAFFE WEISSING** | **AKERMAN LLP** |
| **EDWARDS FISTOS & LEHRMAN, P.L.** | 420 S. Orange Avenue, Suite 1200 |
| 425 North Andrews Avenue, Suite 2 | Orlando, FL 32801 |
| Fort Lauderdale, Florida 33301 | Telephone: (407) 423-4000 |
| Telephone: (954) 524-2820 | Facsimile: (407) 843-6610 |
| Facsimile: (954) 524-2822 | E-mail: samual.miller@akerman.com |
| E-mail: seth@pathtojustice.com | |
| | BY: */s/ Samuel A. Miller* |
| BY: */s/ Seth M. Lehrman* |     Samuel A. Miller |
|     Seth M. Lehrman |     Florida Bar No.: 34991 |
|     Florida Bar No.: 132896 | |
| | Brian J. Foster (*Admitted Pro Hac Vice*) |
| | E-mail: bfoster@akerman.com |
| | **SNELL & WILMER, LLP** |
| | 400 East Van Burren |
| | Phoenix, AZ 85004 |
| | Telephone: (602) 382-6242 |