# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**LORI BILLGER,**

       **Plaintiff,**

**v.**                                   **Case No:**   **6:15-cv-1293-Orl-37DAB**

**ASHFORD UNIVERSITY, LLC,**

       **Defendant.**

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation for Dismissal (Doc. 24), filed January 22, 2016. Accordingly, it is

**ORDERED** that, pursuant to Federal Rules of Civil Procedure 41(a)(A)(ii), this case is hereby **DISMISSED with PREJUDICE**, with each party to bear its own fees and costs. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida this 3rd day of February, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:     Counsel of Record